IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12-MC-64 |
| | ) | |
| BRAD D. ELLISON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on January 25, 2013, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636. The Court has reviewed the Magistrate Judge's Recommendation and hereby adopts it.

**IT IS THEREFORE ORDERED** that the Petition (Doc. 1) is **GRANTED** and Respondent Brad D. Ellison is **ORDERED** to obey the Internal Revenue Service Summons served on him on May 3, 2012, by appearing on March 14, 2013, at 10:00 a.m. before Revenue Officer Teresa Driver, at 1677 Westbrook Plaza Drive, Suite 110, Winston-Salem, North Carolina, 27103, to testify and to produce for examination documents and records as described in the Summons. The Respondent is **WARNED** that failure to comply with this Order may result in criminal and/or civil contempt, which may include incarceration.

It is further **ORDERED** that the United States Marshal for this District serve a copy of this Order personally upon Brad D. Ellison within fourteen days of this Order.

This the 15th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE